UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE (#424227)

VERSUS                                              CIVIL ACTION

N. BURL CAIN, ET AL                                 NUMBER 15-34-BAJ-SCR

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, August 20, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE (#424227)

VERSUS                                                    CIVIL ACTION

N. BURL CAIN, ET AL                                       NUMBER 15-34-BAJ-SCR

**<u>MAGISTRATE JUDGE'S REPORT</u>**

Pro se plaintiff Brandon S. Lavergne filed a Motion for Judgment by Default, record document number 26, which was referred to the undersigned.

Before a default judgment may be rendered the defendant must first be defaulted for not appearing. Rule 55(b)(1), Fed.R.Civ.P. Plaintiff filed a Notice of Default, which was treated as a request for the clerk of court to enter a default against the defendants pursuant to Rule 55(a).[1] The clerk of court denied the plaintiff's request because the record did not reflect that each defendant was properly served.[2] Therefore, the plaintiff's Motion for Judgment by Default is premature and should be denied.

---

[1] Record document number 24.

[2] Record document number 25. Although not stated specifically in the Order denying entry of a default, it appears from a review of the plaintiff's Certificate of Service, record document number 23, that the plaintiff attempted service on all of the defendants by certified mail sent to defendant Warden Burl Cain. Service by certified mail to an individual defendant is not proper service under Rule 4(e), Fed.R.Civ.P.

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the plaintiff's Motion for Judgment by Default be denied.

Baton Rouge, Louisiana, August 20, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE