UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE (#424227)                CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                         NO. 15-34-BAJ-SCR

### RULING ON MOTION FOR REHEARING

Before the Court is the plaintiff's Motion for Rehearing on Motion to Amend to Add Defendants and Introduce Documents. Record document number 53.

Plaintiff seeks reconsideration of the Ruling on Motion to for Leave to Amend and Introduce Documents[1] which denied his Motion for Leave to Amend and Introduce Documents.[2]

For the reasons stated in the Ruling on Motion to for Leave to Amend and Introduce Documents, the plaintiff's motion for rehearing has no merit.

Accordingly, plaintiff's Motion for Rehearing on Motion to Amend to Add Defendants and Introduce Documents is denied.

Baton Rouge, Louisiana, December 21, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 40.

[2] Record document number 17.