UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON LAVERGNE | CIVIL ACTION |
| VERSUS | |
| N. BURL CAIN, ET AL. | NO: 15-CV-00034-BAJ-EWD |

### ORDER

Having considered the Magistrate Judge's **Report and Recommendation** (Doc. 169), and for good cause shown:

**IT IS ORDERED** that the Magistrate Judge's **Report and Recommendation** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Defendants' **Motion for Summary Judgment** (Doc. 163) is **GRANTED**.

**IT IS FURTHER ORDERED** that the above captioned case is **DISMISSED**.

Baton Rouge, Louisiana, this 22nd day of October, 2018.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA